IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 25-cv-03204-CNS-SBP | Date: November 16, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KENNY D. VELASQUEZ **Plaintiff** | *Pro Se* |
| **v.** | |
| ASPLUNDH TREE SERVICE EXPERTS **Defendant** | *Susanne Mombelli*<br>*Tyler Strobel* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 9:53 a.m.

Appearance of counsel and *pro se* plaintiff.

The Court outlines the case and how it will proceed.

As outlined on the record, it is

**ORDERED:** **[43] Plaintiff's Motion for Leave to File Fourth Amended Complaint is GRANTED, the Court previously gave permission for the plaintiff to file a Fourth Amended Complaint. The Clerk's office is directed to docket the Fourth Amended Complaint at ECF No. 43-1.**

**[54] Defendant's Motion to Dismiss Plaintiff's Employment Discrimination Complaint is DENIED.**

**[52] Plaintiff's Motion for Dismissal Based on Excusable Failure to Follow Procedure Error is DENIED as moot.**

**ORDERED: [55] Request for Production of Documents Concerning Investigations and Related Expenditures is DENIED without prejudice.**

**[56] Plaintiff's Request for Discovery Regarding Defendant's Electronic Systems, Cybersecurity Systems, and Electronically Stored Information is DENIED without prejudice.**

The Court will issue an order for appointment of pro bono counsel.

**ORDERED: Case is STAYED for 90 days pending appointment of pro bono counsel.**

The Court outlines its expectations as to communication between the parties.

**ORDERED: Defendant has 21 days to file answer after an order is issued as to pro bono counsel for the plaintiff.**

Discussion held on EEOC redactions to the plaintiff's file.

Court in Recess: 10:10 a.m. Hearing concluded. Total time in Court: 00:17